UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| HAMILTON TOWNSHIP PUBLIC SCHOOL DISTRICT BD. OF EDUC., <br><br> *Plaintiff,* <br><br> v. <br><br> W.F. & J.F. O/B/O Their Minor Son, C.F., <br><br> *Defendants.* | Civil Action No:   15-cv-06215 (PGS)(DEA) <br><br> ORDER |

THIS MATTER having been presented to the Court by a Complaint and an Order to Show Cause by the Plaintiff and on notice to the Defendant to enter emergent relief reversing a decision of Administrative Law Judge Susan Scarola striking Dr. Kozlik's expert report, and having considered the submissions of the parties, having heard oral argument on September 24, 2015, and for the reasons set forth on the record,

IT IS on this **25th** day of **September, 2015** hereby:

**ORDERED** that Plaintiff's request to enter emergent relief is DENIED without prejudice as it is not ripe for determination;

The Clerk is directed to close the file.

_____
PETER G. SHERIDAN, U.S.D.J.