```
                 UNITED STATES DISTRICT COURT
                    DISTRICT OF NEW JERSEY
                     Minute of Proceeding
```

OFFICE: TRENTON
JUDGE PETER G. SHERIDAN                    Date: September 24, 2015
Court Reporter FRANK GABLE

TITLE OF CASE:                             CIVIL 15-6215 (PGS)
Hamilton Township Public School
District Bd. of Educ

vs.

W.F. & J.F. O/B/O THEIR MINOR
SON, C.F.

APPEARANCES:
Eric L. Harrison, Esq for Plaintiff
Michael I. Inzelbuch, Esq for Defendants

NATURE OF PROCEEDINGS:
Hearing on Application [1] by Hamilton Township Public School District Board of Education for an Order to Show Cause.
Ordered application denied.

Order to be filed.


TIME COMMENCED:  11:00 A.M.                Dolores J. Hicks
TIME ADJOURNED:  11:30 A.M.                s/Deputy Clerk
TOTAL TIME:      0:30